In the Matter of the Petition of DAVID W. KEEN to Be Exempted and Discharged from Arrest and Imprisonment, Pursuant to the Provisions of the Debtor and Creditor Law. PINCUS HERSCHKOWITZ, Appellant; DAVID W. KEEN, Respondent.— Order confirming, on reargument, the report of the official referee and granting the petitioner's application for exemption and discharge from arrest and imprisonment pursuant to the provisions of the Debtor and Creditor Law, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of HARRY MEISNERE to Affix an Attorney's Lien and Direct the Defendants, OTTO F. KLINKE, JAMES MADIA and SETH V. ELTING to Pay the Same. HARRY MEISNERE, Appellant; OTTO F. KLINKE, Respondent.— Order denying motion to confirm the referee's report fixing an attorney's lien reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, in so far as it determines that the petitioner has a lien for the amount stated in the report. The lien did not lapse during the two years before a collection was made on the judgment by another attorney. (See 2 Thornton, Attorneys at Law, § 606.) Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of GENEVIEVE SCHWEDER, Respondent, v. JAMES SCHWEDER, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, requiring respondent to pay the sum of fifteen dollars a week for the support of petitioner, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.